UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PEARSON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>APRIA HEALTHCARE GROUP, INC. and ARSTRAT, LLC,<br><br>　　　　　　　　　Defendants. | Case No.: 3:19-cv-02400-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

　　Alan Gudino seeks to withdraw as counsel of record for Plaintiff Christina Pearson in the above-captioned matter under Local Rule 83.3(f)(3). Having reviewed Plaintiff's Motion to Withdraw Alan Gudino as Counsel for Plaintiff (ECF No. 109), the Court finds that Mr. Gudino's withdrawal is appropriate at this stage in the litigation, and that granting this Motion will not cause prejudice or delay to any party.

　　IT IS HEREBY ORDERED that the Motion to Withdraw Alan Gudino as Counsel for Plaintiff (ECF No. 109) is GRANTED, and Alan Gudino is hereby terminated as counsel in this proceeding.

Dated: April 27, 2022

　　　　　　　　　　　　　　　　　　*/s/ William Q. Hayes*
　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court